## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 403 MAL 2014
:
             Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
GERALD TRAVIS BUTERBAUGH, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.